```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 08-cr-163-PB

**Frederico Gonzales**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for February 3, 2009, citing the need for additional time to prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 3, 2009 to May 5, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 27, 2009 final pretrial conference is continued to April 23, 2009 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 22, 2009

cc: Glenn Geiger, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal