```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 08-cr-163-PB

**Frederico Gonzalez**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for May 5, 2009 citing the need for additional time to consider plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 5, 2009 to July 7, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 23, 2009 final pretrial conference is continued to June 24, 2009 at 4:30 p.m.

```
     SO ORDERED.
                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

April 13, 2009

cc:  Glenn Geiger, Esq.
     Terry Ollila, Esq.
     United States Probation
     United States Marshal
```